# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEPHEN H. WHITT,**

    **Petitioner,**

    v.

**WARDEN, LEBANON CORRECTIONAL INSTITUTION,**

    **Respondent.**

**CASE NO. 2:17-CV-110**
**JUDGE GEORGE C. SMITH**
**Magistrate Judge Deavers**

## ORDER

Petitioner has filed a *Motion for Summary Judgment*. (ECF No. 7). However, on February 24, 2017, the Court transferred this action to the United States Court of Appeals for the Sixth Circuit for authorization for filing as successive. (ECF No. 6). The Court therefore will not address Petitioner's *Motion for Summary Judgment*.

The Clerk is **DIRECTED** to terminate the motion, document 7.

**IT IS SO ORDERED**.

    *s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**